Ex. No. 517. STATE *v.* PAUL C. JOHNSON, *Alias.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Robert L. DeCosta,* Asst. Attorney General, for plaintiff. *William G. Grande,* for defendant.

Ex. No. 518. STATE *v.* RALPH J. CASALA, *Alias.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Robert L. DeCosta,* Asst. Attorney General, for plaintiff. *William G. Grande,* for defendant.

APPEAL No. 701. KOGUT FLORIST AND NURSERYMEN, INC. *v.* CEDARHURST NURSERIES, INC. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Bernard F. McSally,* for plaintiff. *Quinn & Cuzzone, Matthew F. Callaghan, Jr.,* for defendant.

### December 5, 1969.

M. P. No. 877. RUDOLPH F. FRYZEL AND RUTH E. FRYZEL *v.* HARRY BERNSTEIN *et al.* Treating petition as an application for a writ of *procedendo ad judicium,* same is granted writ to issue directing Zoning Board of Review of Town of Portsmouth to hold hearing de novo forthwith on the merits and to give notice and proceed to render judgment therein as though an original application for a special exception to Zoning Ordinance had been filed by petitioners. *Ralph D. Morrison,* for petitioners. *Moore, Virgadamo, Boyle & Lynch, Salvatore L. Virgadamo,* for respondents.